## Complaint #301069151 📎


**Timothy D. - OSHA O'Donnell**
To: me · Wed, Jan 14 at 9:25 AM

Dear Mr. Rehman:

OSHA's Whistleblower Protection Program has reviewed the information you provided regarding Ernst & Young (EY), including your self-audit disclosures about timekeeping, billing and expense practices, confidentiality concerns, and subsequent separation in August 2025.

OSHA's whistleblower jurisdiction is limited to retaliation claims arising under specific federal statutes that OSHA enforces. Based on the information you reported, your disclosures concern internal billing/timekeeping and confidentiality matters and do not allege safety or health violations under the Occupational Safety and Health Act, nor mail, wire, bank, or securities fraud, violations of SEC rules, or fraud against shareholders of a publicly traded company. On these facts, your complaint does not fall within OSHA's whistleblower jurisdiction.

Accordingly, OSHA is closing Complaint #301069151 for lack of coverage. This determination is procedural and does not address the merits of your concerns or any matters you may have pending with other agencies, including the EEOC.

If you have additional information indicating that you engaged in protected activity under a whistleblower statute OSHA enforces, please contact the New York Regional Office.

Sincerely,

**Timothy D. O'Donnell**
Regional Investigator
OSHA / Whistleblower Protection Program
U.S. Department of Labor
Cell: 609-405-3965
Office: 056-596-5234

