Date: April 7, 2025

To: Musaddiq Rehman, Consulting Principal

From: Sonia Sande, Americas Consulting Talent Leader – Partner/Principal Matters

NOTICE OF LAST CHANCE DECISION

You, Musaddiq Rehman, have been informed that Ernst & Young LLP (EY or "the Firm") conducted an investigation into allegations concerning your conduct related to expense submissions and time reporting. You were given the opportunity to explain, contextualize or refute these allegations with the Firm. The investigation substantiated certain of the allegations; your conduct violated the U.S. Expense Policy, the Time Reporting policy, the Internal Investigations and Searches policy, as well as the Firm's Global Code of Conduct. Additionally, you did not comply with the American Express usage requirements.

Specifically, you were informed that the investigation determined through evidence and your own admission that you regularly underrepresented the hours you worked. You submitted for reimbursement multiple expenses to client codes when you did not record working time for those clients. You blamed your Administrative Assistant for these errors when you had directed her to make these entries; thus, you were determined to be dishonest in the process. Further, you misused your EY-issued AmEx corporate card for personal use, which you stated you knew was not allowed. It was determined that you engaged in careless and inaccurate time reporting, expense submissions, and AmEx use.

Overall, you have not complied with Firm policies. When signing the Global Code of Conduct each of us makes a personal and professional commitment to do the right thing. Your conduct showed poor judgment and lacked integrity. Further, conduct of this nature fails to model the expectations of a Principal and creates risk for the Firm.

Accordingly, you are on formal notice of the following:

1. You have a responsibility to comply with all EY policies including the US Expense policy, the Time Reporting policy, the Internal Investigation and Searches policy, and the Global Code of Conduct.
2. You must exercise good judgment in complying with the American Express usage expectations.
3. You must confirm to Sonia Sande on or before April 16, 2025, that you have reviewed and understand the U.S. Expense Policy, the Time Reporting policy, the Internal Investigations and Searches policy, as well as the Firm's Global Code of Conduct and that you will comply with their terms.
4. You must confirm to Sonia Sande that you have reviewed the American Express usage requirements and that you will comply with these terms.
5. You must engage with Talent to obtain coaching on appropriate time reporting as well as coaching on how to interact with support staff.
6. As a Principal of the Firm, you are responsible for setting an example for all EY personnel, and you must conduct yourself in a manner that sets an appropriate example. Through your words and actions, it is your responsibility to communicate that the Firm does not condone or tolerate conduct that is violative of the Firm's policies.
7. Do not attempt to contact the persons who raised these allegations or who you believe raised the allegations or attempt any retaliation against such individuals or any Firm personnel who participated in, or who you believe participated in, the investigation into your behavior.

- 3 -

Your actions will have an adverse LEAD impact such that your overall category for FY25 shall not exceed "Needs To Progress" which will affect your annual compensation.

Your failure to abide by the terms of this Notice of Last Chance Decision or to comply with all of the Firm's policies will be deemed to be conduct "prejudicial to the Firm's interests" within the meaning of Section 11(b)(ii) of the Ernst & Young U.S. LLP Agreement of Partners and Principals and may result in your separation for cause from the partnership.

Notice delivered by: Sonia Sande

Date and Time: April 7, 2025