# PROVISIONAL PATENT APPLICATION
## Under 35 U.S.C. 111(b)
*For*

# AI-POWERED DATA LIFECYCLE MANAGEMENT WITH DATA MODELING AND SYNTHETIC DATA GENERATION

**INVENTOR INFORMATION:**
Musaddiq Rehman, 773-758-5975

**CORRESPONDENCE ADDRESS:**
3957 Jebb Island Cir East, Jacksonville FL 32224

**TITLE OF THE INVENTION:**
AI-POWERED DATA LIFECYCLE MANAGEMENT WITH DATA MODELING AND SYNTHETIC DATA GENERATION

*This provisional application is submitted under 35 U.S.C. § 111(b) and 37 C.F.R. § 1.51(c)(1). This cover sheet identifies this application as a provisional application that meets the requirements of § 1.51(c)(1).*

*Filing Date: [To be assigned by USPTO]*

**CROSS-REFERENCE TO RELATED APPLICATIONS**

This application claims the benefit of U.S. Provisional Application No. 63/920,561, filed 11.19.2025, entitled "Master Data Harmonization System with AI-Powered Schema Mapping and Knowledge Graph Integration", which is incorporated herein by reference in its entirety.

**FIELD OF THE INVENTION**

The present invention relates generally to data lifecycle systems (end to end management of data), and more particularly to an artificial intelligence-powered modular data pipeline platform comprising seven distinct processing modules—Planning, Schema Building, Data Generation, Data Quality, Classification, Harmonization, and Insights—each operating on a unified AI-powered processing layer with multi-provider support for OpenAI, Google, Amazon, and local transformer models, enabling end-to-end automation from business requirements to actionable insights.

## BACKGROUND OF THE INVENTION

### 1. Technical Field

Modern enterprises require comprehensive data pipelines to transform raw business requirements into actionable insights. Traditional data pipeline systems suffer from fragmentation, requiring different tools and manual integration for each stage: business planning tools, database design software, synthetic data generators, quality assessment platforms, classification systems, harmonization tools, and analytics dashboards. Each tool uses different technologies, requires separate expertise, and lacks integration with other stages and is missing data lifecycle management - end to end management of data.

### 2. Problems with Existing Systems

First, existing systems lack unified architecture—organizations must integrate 5-10 different tools to cover the complete data lifecycle. Second, they require extensive manual effort at transition points between stages. Third, they do not leverage artificial intelligence for automation. Fourth, they lack flexibility to switch between AI providers based on cost, performance, or compliance requirements. Fifth, they do not support dual-mode processing (simple vs. complex tasks). Sixth, they provide no end-to-end visibility or tracking.

### 3. Need for Innovation

There is a need for a unified modular data pipeline system that provides: (1) seven integrated modules covering the complete data lifecycle; (2) AI-powered automation at each stage; (3) multi-provider AI integration allowing provider selection per module; (4) dual-mode processing architecture; (5) seamless data flow between modules; (6) end-to-end visibility and tracking; and (7) visual feedback at each stage.

## SUMMARY OF THE INVENTION

The present invention provides an AI-powered modular data pipeline system comprising seven distinct modules operating on a unified AI-powered processing layer, addressing the limitations of fragmented traditional approaches.

### System Overview

In one embodiment, a computer-implemented system for end-to-end data pipeline processing comprises: a Planning Module receiving business goals and generating project plans with key data elements; a Schema Building Module converting data elements into database & integration designs with entity relationship diagrams; a Data Generation Module creating synthetic data respecting schema constraints and foreign key relationships; a Data Quality Module profiling data, generating quality rules, identifying violations, and applying automated fixes; a Classification Module categorizing data values using AI-powered classification; a Harmonization Module merging disparate data sources through intelligent column mapping; an Insights Module generating KPIs, dashboard recommendations, and analytics opportunities; and an AI-Powered Processing Layer providing multi-provider support (OpenAI, Google, Amazon, local models) for all modules.

### Key Innovations

- Modular architecture with seven distinct processing stages
- Unified AI-powered processing layer with multi-provider support
- Dual-mode processing (simple prompt-based vs. agentic assistant-based)
- Seamless data flow between modules with automatic format conversion
- Foreign key-aware synthetic data generation maintaining referential integrity
- Automated data quality assessment with AI-driven fixing
- Intelligent schema mapping for data harmonization
- End-to-end pipeline orchestration from business goals to insights
- Visual feedback and progress tracking at each stage
- Provider-agnostic architecture allowing per-module AI selection

**BRIEF DESCRIPTION OF THE DRAWINGS**

**FIG. 1** is a block diagram illustrating the complete modular architecture showing seven pipeline stages (Planning, Schema Building, Data Generation, Data Quality, Classification, Harmonization, Insights) with the AI-powered processing layer providing multi-provider support.

**FIG. 2** is a flowchart showing the dual-mode processing decision logic for selecting between simple prompt-based and agentic assistant-based approaches based on task complexity analysis.

**FIG. 3** is a detailed diagram of the end-to-end data pipeline stages showing data flow from business goals input through all seven modules to actionable insights output.

**FIG. 4** is a flowchart depicting the Planning Module process including business requirements analysis and key data element identification.

**FIG. 5** is a flowchart depicting the Schema Building Module process including database design and ERD generation.

**FIG. 6** is a flowchart depicting the Data Generation Module process including foreign key-aware synthetic data creation.

**FIG. 7** is a flowchart depicting the Data Quality Module process including profiling, rule generation, and automated fixing.

**FIG. 8** is a flowchart depicting the Classification Module process with dual-mode processing support.

**FIG. 9** is a flowchart depicting the Harmonization Module process including intelligent column mapping and data merging.

**FIG. 10** is a flowchart depicting the Insights Module process including KPI generation and dashboard recommendations.

**FIG. 11** is a diagram showing the multi-provider AI integration architecture with unified abstraction layer.

# DETAILED DESCRIPTION OF THE INVENTION

## 1. Planning Module

Referring to FIG. 1 and FIG. 4, the Planning Module (Stage 1) serves as the entry point to the data pipeline system. This module receives business requirements as input and produces a structured project plan with identified key data elements.

### 1.1 Input Processing

The module accepts natural language business objectives, goals, and requirements through a web interface. Users describe what they want to achieve, such as "Create a customer analytics dashboard showing purchase patterns and lifetime value" or "Implement inventory management system with demand forecasting."

### 1.2 AI-Powered Analysis

The system sends the business requirements to a selected large language model (GPT-4, Gemini, Claude via Bedrock, or local model). The AI analyzes the requirements to: identify key data domains needed (customers, products, orders, inventory, etc.); determine critical data elements for each domain; suggest data relationships and hierarchies; estimate project complexity and timeline; generate milestone breakdown; and identify potential data sources.

### 1.3 Output Generation

The module produces: a structured project plan with phases and milestones; a comprehensive set of requirements, list of key data elements organized by domain; preliminary entity relationship concepts; data volume estimates; and recommendations for subsequent pipeline stages. This output automatically feeds into the Schema Building Module.



*FIG. 3 - End-to-End Data Pipeline Stages*

## 2. Schema Building Module

Referring to FIG. 5, the Schema Building Module (Stage 2) transforms identified key data elements from the Planning Module into concrete database schemas with proper structure, relationships, and constraints.

### 2.1 Schema Design Process

The module receives the key data elements list and uses AI to: design appropriate table structures; define column names, data types, and constraints; establish primary keys for unique identification; define foreign keys for referential integrity; create indexes for performance optimization; and specify validation rules.

### 2.2 Entity Relationship Diagram Generation

The system automatically generates visual ERD diagrams showing: entities (tables) as boxes with attributes listed; relationships between tables with cardinality indicators (1:1, 1:N, N:M); primary and foreign key designations; and data type annotations. The ERD uses standard crow's foot notation and can be exported in multiple formats (PNG, SVG, PDF).

### 2.3 Schema Validation

Before proceeding to the next stage, the module validates: all foreign keys reference existing primary keys; data types are appropriate for intended use; naming conventions

are consistent; no circular dependencies exist; and the schema supports anticipated query patterns.

### 2.4 Output

The module produces: SQL DDL statements for schema creation; visual ERD diagrams; data dictionary documenting each table and column; constraint definitions; and formatted schema ready for the Data Generation Module.

## 3. Data Generation Module

Referring to FIG. 6, the Data Generation Module (Stage 3) creates synthetic data that respects the schema design, including proper foreign key relationships and realistic values.

### 3.1 Dependency Analysis

The module analyzes the schema to: identify all foreign key relationships; construct a dependency graph showing parent-child relationships; perform topological sort to determine generation order; and ensure parent tables are generated before child tables that reference them.

### 3.2 Parent Table Generation

For parent tables (those with no foreign keys): generate unique primary key values using sequential integers, UUIDs, or custom patterns; use AI to generate realistic column values based on column names and data types—for example, "customer_email" generates valid email addresses, "phone_number" generates properly formatted phone numbers, "postal_code" generates valid ZIP codes; respect data type constraints (string length, numeric ranges, date boundaries); and maintain realistic distributions (follow common patterns like 80/20 distribution for categorical data).

### 3.3 Child Table Generation

For child tables (those with foreign keys): generate unique primary keys; sample foreign key values from the already-generated parent table primary keys, ensuring referential integrity; apply sampling strategies (uniform random, weighted by frequency, clustered); use AI to generate other column values with awareness of the foreign key context—for example, order amounts should be realistic for the customer's profile; and validate all foreign key constraints before finalizing.

### 3.4 Semantic Value Generation

The AI model generates contextually appropriate values: email addresses match domain patterns; names reflect appropriate demographics; addresses are geographically consistent; phone numbers follow regional formats; dates fall within reasonable business ranges; numeric values respect business logic (prices, quantities, percentages); and categorical values match expected distributions.

### 3.5 Volume and Performance

The module supports: configurable row counts per table; batch generation for large datasets (processing 1000-10000 rows per batch); parallel generation for independent tables; and progress tracking with estimated completion time.

## 4. Data Quality Module

Referring to FIG. 7, the Data Quality Module (Stage 4) performs comprehensive data profiling, generates quality rules, identifies violations, and applies automated fixes using AI assistance.

### 4.1 Automated Data Profiling

The module analyzes data to collect: completeness metrics (null percentage per column); data type distribution (actual types vs. declared types); value frequency distributions (most common values, unique value counts); statistical measures for numeric columns (min, max, mean, median, standard deviation, quartiles); pattern analysis for string columns (common formats, length distributions); uniqueness metrics (percentage of unique values, duplicate counts); and cardinality analysis (distinct value counts).

### 4.2 Quality Rule Generation

Based on profiling results, the system automatically generates rules: NOT NULL rules for columns with high completeness (>95% non-null); data type validation rules (email format, phone format, date ranges); range validation for numeric columns (values within observed min-max bounds); pattern matching rules for structured data; uniqueness constraints for columns with high cardinality; referential integrity checks for foreign keys; and business logic rules inferred from data patterns.

### 4.3 Violation Detection

The module applies generated rules to identify: null values where not expected; format violations (malformed emails, invalid dates); out-of-range values; duplicate values in unique columns; orphaned foreign keys; inconsistent data across related records; and outliers requiring investigation.

### 4.4 AI-Driven Automated Fixing

For identified violations, the agentic assistant: analyzes violation patterns to determine root causes; recommends fixing strategies including imputation for nulls (mean/median for numeric, mode for categorical, forward/backward fill for time series), correction for format violations (standardize phone formats, fix date formats), outlier handling (cap at percentile thresholds, flag for review), and deduplication strategies; writes Python code to implement fixes; executes code in sandboxed environment; validates fix effectiveness; and provides before/after comparison with visual feedback.

### 4.5 Quality Scoring

The module calculates: overall data quality score (0-100%); quality scores per column; quality scores per rule category; and trend analysis showing quality improvement after fixes.

## 5. Classification Module

Referring to FIG. 8, the Classification Module (Stage 5) categorizes data values into predefined or dynamically generated classes using AI-powered classification with dual-mode processing.

### 5.1 Classification Types Supported

The module handles: predefined category classification (mapping to fixed list); dynamic category generation (AI infers categories from data); multi-label classification (assign multiple categories per record); hierarchical classification (category trees with parent-child relationships); sentiment classification (positive, negative, neutral); entity recognition and extraction; and spell correction and standardization.

### 5.2 Simple Prompt-Based Classification

For straightforward classification tasks: divide data into batches (5-10 rows per batch); construct prompt with classification categories and instructions; send to LLM chat completion API with temperature=0 for deterministic results; receive JSON-formatted classifications; aggregate results across batches; and achieve processing speed of 2-5 seconds per batch.

### 5.3 Agentic Assistant-Based Classification

For complex classification requiring analysis: create OpenAI Assistant with code interpreter enabled; upload entire dataset as CSV; provide natural language classification requirements; assistant analyzes data patterns, distribution, outliers; assistant writes Python code for classification logic (may include machine learning models, complex rules, multi-column analysis); assistant executes code; retrieve classified results plus conversation thread showing code; and suitable for classifications requiring context, multiple columns, or sophisticated logic.

### 5.4 Confidence Scoring

Each classification includes: confidence score (0-1) indicating certainty; alternative classifications with their scores; reasoning or explanation for classification decision; and flags for low-confidence results requiring human review.

## 6. Harmonization Module

Referring to FIG. 9, the Harmonization Module (Stage 6) merges data from multiple disparate source systems with different schemas into a unified dataset through intelligent column mapping and data standardization.

### 6.1 Multi-Source Data Integration

The module accepts: multiple CSV or Excel files from different source systems; databases with varying schemas; API data with different JSON structures; and legacy system exports with custom formats.

### 6.2 Intelligent Column Mapping

The agentic assistant performs: semantic analysis of column names (understanding "CUST_NM", "Customer Name", "ClientName" all refer to customer name); sample data analysis to confirm column meaning; generation of mapping between source columns and unified target schema; handling of missing columns (imputation strategies); handling of extra columns (preserve or discard decision); and resolution of ambiguous mappings through user interaction.

### 6.3 Data Standardization

After mapping, the module standardizes: date formats to ISO 8601 or configured format; phone numbers to E.164 international format or national format; addresses with geocoding and validation; currency with appropriate conversions; units of measure; text casing (title case for names, upper case for codes); and removal of special characters and whitespace.

### 6.4 Conflict Resolution

When multiple sources have different values for the same entity: apply source priority rules (if configured); select most complete value (longest trimmed string); select most recent value (if timestamps available); calculate average or consensus for numeric values; flag conflicts requiring manual resolution; and maintain audit trail showing all source values.

### 6.5 Output

The module produces: unified dataset with consistent schema; mapping documentation showing source-to-target transformations; data quality report for harmonized data; conflict resolution log; and metadata tracking data lineage from sources.

## 7. Insights Module

Referring to FIG. 10, the Insights Module (Stage 7) analyzes the processed data to generate actionable insights including KPI recommendations, dashboard designs, pivot table suggestions, and forecasting opportunities.

### 7.1 Schema and Data Analysis

The AI model analyzes: database schema with table relationships; foreign keys indicating entity connections; column names and data types; actual data samples; data distributions and patterns; time series data availability; and business domain context.

### 7.2 KPI Generation

The module identifies and generates: business metrics calculable from available data (revenue, growth rate, conversion rate, customer lifetime value, inventory turnover, etc.); aggregation formulas (SUM, AVG, COUNT, etc.); grouping dimensions (by time period, by category, by region); comparison opportunities (vs. previous period, vs. target, vs. industry benchmark); trend indicators (up, down, stable); and alert thresholds for key metrics.

### 7.3 Dashboard Recommendations

The system suggests: dashboard layouts with section organization; visualization types for each metric (bar chart for comparisons, line chart for trends, pie chart for proportions, heatmap for correlations, gauge for single metrics); interactive filters (date range, category selection, drill-down hierarchies); and responsive design considerations.

### 7.4 Pivot Table Suggestions

The module recommends: dimension columns for rows and columns; measure columns for values; aggregation functions; useful pivot combinations; conditional formatting rules; and sort and filter strategies.

### 7.5 Forecasting Opportunities

For time series data, the system identifies: forecastable metrics with sufficient historical data; appropriate forecasting methods (ARIMA, exponential smoothing, regression); seasonal patterns and trends; factors for predictive models (independent variables); confidence intervals; and recommended forecast horizons.

### 7.6 Actionable Recommendations

The module provides: prioritized list of insights; implementation guidance; expected business value; data refresh requirements; and next steps for acting on insights.

## 8. AI-Powered Processing Layer

Referring to FIG. 11, the AI-Powered Processing Layer provides unified access to multiple AI providers for all seven modules.

### 8.1 Multi-Provider Architecture

The system integrates: OpenAI (GPT-4o-mini, GPT-4) for general-purpose processing and assistants API; Google (Gemini Pro, Gemini Flash) for organizations in Google ecosystem; Amazon Bedrock (Claude, other models) for enterprise AWS customers; and Local Transformers (Hugging Face models) for on-premises deployment.

### 8.2 Unified Abstraction Layer

The abstraction layer provides: consistent API across all providers; automatic request formatting per provider; response parsing and normalization; error handling and retry

logic; rate limiting and quota management; and cost tracking per provider and per module.

### 8.3 Provider Selection

Users can: configure default provider globally; override provider per pipeline module; select based on cost optimization; select based on performance requirements; select based on compliance needs (data residency, certifications); and switch providers without code changes.

### 8.4 Dual-Mode Processing

The layer supports both processing modes: Simple prompt-based for straightforward tasks (classification with predefined categories, format standardization, simple transformations); Agentic assistant-based for complex tasks (multi-column analysis, custom logic, iterative refinement, code generation and execution).

### 9. End-to-End Integration

The modular architecture enables seamless integration: automatic data flow between stages; format conversions handled automatically; progress tracking across all modules; error handling with rollback capabilities; partial pipeline execution (run specific modules); pipeline branching (parallel processing paths); and audit trails for complete traceability.

### 10. User Interface

The system provides web-based interface using Streamlit: Settings page for API keys and provider configuration; Navigation to each module (Planning, Schema, Generation, Quality, Classification, Harmonization, Insights); Visual progress indicators; Interactive visualizations (ERDs, quality charts, insights dashboards); Before/after comparisons for quality fixes; and Export capabilities for all outputs.

## CLAIMS

What is claimed is:

1. A computer-implemented modular data pipeline system, comprising: a Planning Module configured to receive business requirements and generate a project plan with identified key data elements; a Schema Building Module configured to transform the key data elements into a database schema with entity relationship diagrams; a Data Generation Module configured to create synthetic data respecting the schema and maintaining referential integrity through topological sorting of table dependencies; a Data Quality Module configured to profile data, generate quality rules, identify violations, and apply automated fixes using an AI assistant; a Classification Module configured to categorize data values using AI-powered classification with dual-mode processing; a Harmonization Module configured to merge disparate data sources through intelligent column mapping and data standardization; an Insights Module configured to analyze processed data and generate KPI recommendations, dashboard designs, and forecasting opportunities; and an AI-Powered Processing Layer providing multi-provider support for all modules, wherein the multi-provider support includes OpenAI, Google, Amazon Bedrock, and local transformer models.
2. The system of claim 1, wherein the Planning Module further comprises: a natural language processing component that analyzes business objectives to identify data domains, critical data elements, and relationships; a project estimation component that determines complexity and timeline; and a milestone generation component that produces a structured project plan with phases, wherein output from the Planning Module automatically feeds into the Schema Building Module.
3. The system of claim 1, wherein the Schema Building Module comprises: an AI-powered schema design component that defines tables, columns, data types, and constraints based on key data elements; a primary and foreign key assignment component; an ERD generation component that creates visual diagrams using crow's foot notation; a schema validation component that verifies referential integrity and identifies circular dependencies; and an output component that produces SQL DDL statements and data dictionaries.
4. The system of claim 1, wherein the Data Generation Module comprises: a dependency analysis component that constructs a graph of foreign key relationships; a topological sort component that determines parent-before-child generation order; a parent table generator that creates primary keys and uses AI to generate realistic column values based on column semantics; a child table generator that samples foreign keys from parent primary keys and generates remaining columns; a semantic value generation component wherein email columns generate valid email formats, date columns generate dates within business ranges, and phone columns generate properly formatted numbers; and a validation component that verifies all foreign key constraints.

5. The system of claim 1, wherein the Data Quality Module comprises: an automated profiling component that collects completeness metrics, data type distributions, value frequencies, statistical measures, pattern analysis, uniqueness metrics, and cardinality analysis; a quality rule generation component that automatically creates NOT NULL rules, format validation rules, range checks, pattern matching rules, and uniqueness constraints based on profiling results; a violation detection component that identifies nulls, format violations, out-of-range values, duplicates, and orphaned foreign keys; an agentic assistant component that analyzes violations, recommends fixing strategies, writes Python code for fixes, executes the code, and validates effectiveness; and a quality scoring component that calculates overall and per-column quality scores.

6. The system of claim 1, wherein the Classification Module supports dual-mode processing comprising: a simple prompt-based mode that divides data into batches, constructs prompts with classification categories, sends to LLM chat completion API, receives JSON-formatted results, and aggregates across batches achieving 2-5 seconds per batch; and an agentic assistant-based mode that creates an AI assistant with code interpreter, uploads datasets, enables the assistant to analyze patterns and write Python code for complex classification logic, executes the code, and retrieves classified results with conversation thread.

7. The system of claim 1, wherein the Harmonization Module comprises: a multi-source ingestion component accepting CSV, Excel, databases, and API data; an intelligent column mapping component that performs semantic analysis of column names, analyzes sample data, generates mappings to unified schema, and resolves ambiguous mappings; a data standardization component that converts dates to ISO 8601, phone numbers to E.164 format, validates and geocodes addresses, converts currencies, and normalizes text casing; a conflict resolution component that applies source priority rules, selects most complete or recent values, and maintains audit trails; and an output component that produces unified datasets with mapping documentation and lineage metadata.

8. The system of claim 1, wherein the Insights Module comprises: a schema and data analysis component; a KPI generation component that identifies business metrics, aggregation formulas, grouping dimensions, comparison opportunities, trend indicators, and alert thresholds; a dashboard recommendation component that suggests layouts, visualization types, interactive filters, and drill-down hierarchies; a pivot table suggestion component that recommends dimensions, measures, aggregations, and formatting; a forecasting opportunity component that identifies forecastable time series, appropriate methods, seasonal patterns, and confidence intervals; and an actionable recommendations component providing prioritized insights with implementation guidance.

9. The system of claim 1, wherein the AI-Powered Processing Layer comprises: a multi-provider integration component supporting OpenAI GPT models, Google Gemini, Amazon Bedrock, and local Transformers; a unified abstraction layer providing consistent API, automatic request formatting, response parsing, error handling, rate limiting, and cost tracking; a provider selection component enabling default provider configuration, per-module override, and selection based on cost, performance, or compliance; and a dual-mode processing component supporting simple prompt-based processing for straightforward tasks and agentic assistant-based processing with code interpreter for complex tasks.

10. The system of claim 1, further comprising: an integration component providing automatic data flow between modules, format conversions, progress tracking, error handling with rollback, partial pipeline execution, and audit trails; and a web-based user interface implemented with Streamlit providing settings configuration, navigation to all modules, visual progress indicators, interactive visualizations, before/after comparisons, and export capabilities.

11. A computer-implemented method for end-to-end data pipeline processing, comprising: receiving business requirements in a Planning Module and generating a project plan with key data elements; automatically feeding the key data elements to a Schema Building Module and generating a database schema with ERD; automatically feeding the schema to a Data Generation Module and creating synthetic data with referential integrity through topological sorting; automatically feeding the data to a Data Quality Module, profiling the data, generating quality rules, identifying violations, and applying AI-driven fixes; automatically feeding the data to a Classification Module and categorizing values using dual-mode AI processing; automatically feeding classified data to a Harmonization Module and merging disparate sources through intelligent mapping; automatically feeding harmonized data to an Insights Module and generating KPI recommendations and dashboard designs; wherein all modules utilize an AI-Powered Processing Layer with multi-provider support; and providing visual feedback and progress tracking throughout the pipeline.

12. The method of claim 11, wherein generating synthetic data with referential integrity comprises: analyzing schema to identify foreign key relationships; constructing a dependency graph; performing topological sort to determine generation order; for each parent table: generating primary keys and using AI to generate realistic column values based on column name semantics; for each child table: generating primary keys, sampling foreign keys from parent primary keys, and generating remaining columns with context awareness; and validating all foreign key constraints.

13. The method of claim 11, wherein the AI-Powered Processing Layer enables: selecting different AI providers for different pipeline modules; routing requests to OpenAI for Planning and Insights; routing requests to Google Gemini for Schema Building; routing requests to Amazon Bedrock for Classification; routing requests to local

    Transformers for Quality when data privacy is required; tracking costs per provider per module; and switching providers without code changes.

14. A non-transitory computer-readable storage medium storing instructions that, when executed by a processor, cause the processor to perform operations comprising: implementing seven modular pipeline stages: Planning, Schema Building, Data Generation, Data Quality, Classification, Harmonization, and Insights; providing automatic data flow between stages with format conversion; implementing an AI-Powered Processing Layer with multi-provider integration; supporting dual-mode processing with simple prompt-based and agentic assistant-based approaches; maintaining referential integrity in synthetic data generation through topological sorting; performing automated quality assessment with AI-driven fixing; providing intelligent column mapping for data harmonization; generating actionable insights with KPIs and dashboard recommendations; and providing end-to-end visibility with progress tracking and audit trails.

15. The computer-readable storage medium of claim 14, wherein the operations further comprise: enabling users to execute the complete pipeline from business requirements to insights; enabling users to execute partial pipelines starting from any module; enabling users to branch pipelines for parallel processing; providing before/after comparisons for quality improvements; generating visual ERDs for schema designs; creating interactive dashboards for insights; and exporting all outputs in multiple formats.

**ABSTRACT**

An AI-powered modular data pipeline system comprises seven integrated modules—Planning, Schema Building, Data Generation, Data Quality, Classification, Harmonization, and Insights—operating on a unified AI-powered processing layer with multi-provider support. The Planning Module receives business requirements and generates project plans. The Schema Building Module creates database designs with ERDs. The Data Generation Module produces synthetic data maintaining referential integrity through topological sorting. The Data Quality Module profiles data, generates rules, and applies AI-driven fixes. The Classification Module categorizes data using dual-mode processing. The Harmonization Module merges disparate sources through intelligent mapping. The Insights Module generates KPIs and dashboard recommendations. The system provides seamless data flow between modules, end-to-end automation from business goals to actionable insights, multi-provider AI integration (OpenAI, Google, Amazon, local models), and visual feedback throughout.