# PROVISIONAL PATENT APPLICATION

## Under 35 U.S.C. 111(b)

*For*

# MASTER DATA HARMONIZATION SYSTEM WITH AI-POWERED SCHEMA MAPPING AND KNOWLEDGE GRAPH INTEGRATION

**INVENTOR INFORMATION:**

Musaddiq Rehman, 773-758-5975

**CORRESPONDENCE ADDRESS:**

3957 Jebb Island Cir East, Jacksonville FL 32224

**TITLE OF THE INVENTION:**

Master Data Harmonization System with AI-Powered Schema Mapping and Knowledge Graph Integration

*This provisional application is submitted under 35 U.S.C. § 111(b) and 37 C.F.R. § 1.51(c)(1). This cover sheet identifies this application as a provisional application that meets the requirements of § 1.51(c)(1).*

*Filing Date: [To be assigned by USPTO]*

FIELD OF THE INVENTION ................................................................................... 3
BACKGROUND OF THE INVENTION ................................................................... 4
   Technical Problem ................................................................................................ 4
   Challenges with Traditional Master Data Management ........................................ 4
SUMMARY OF THE INVENTION .......................................................................... 5
   Core Innovation Overview .................................................................................... 5
   System Overview - Fit/Gap Analysis and Design POC ........................................ 5
   Key Technical Innovations .................................................................................... 6
DETAILED DESCRIPTION OF THE INVENTION ................................................ 7
   1. System Architecture ......................................................................................... 7
   2. Complete Data Flow - Nine-Phase Harmonization Pipeline ............................ 9
      Phase 1: AI-Powered Schema Mapping ........................................................... 9
      Phase 2: Data Consolidation ........................................................................... 10
      Phase 3: Graph Ingestion with Entity-Attribute Pattern ................................. 10
      Phase 4: Generate Entity Descriptions for Embedding ................................... 10
      Phase 5: Generate Semantic Embeddings ....................................................... 10
      Phase 6: Hybrid Similarity Matching with Positional Weighting ................... 11
      Phase 7: Cluster Similar Entities via Graph Traversal .................................... 11
      Phase 8: Create Golden Record Nodes ........................................................... 12
      Phase 9: Value Harmonization and Intelligent Selection ............................... 12
   3. Knowledge Graph Structure ........................................................................... 12
   4. Supported Master Data Domains ................................................................... 13
   5. Data Quality Assessment and Fit/Gap Analysis ............................................ 15
   6. Interactive Visualization ................................................................................ 15
   7. Technology Stack and Implementation Details ............................................. 15
   8. Use Cases and Applications .......................................................................... 16
CLAIMS ................................................................................................................... 17
ABSTRACT .............................................................................................................. 18
LIST OF DRAWINGS ............................................................................................. 19

## FIELD OF THE INVENTION

The present invention relates generally to the field of enterprise master data management (MDM) systems, and more particularly to methods and systems for automated harmonization, consolidation, and quality assessment of master data across heterogeneous enterprise data sources using artificial intelligence and knowledge graph technology. Specifically, the invention provides a comprehensive framework for leveraging large language models (LLMs) such as GPT-4 for intelligent schema mapping, Neo4j graph database for relationship management, semantic embeddings for entity resolution, and synthetic data generation to facilitate end-to-end assessment, design, and proof-of-concept activities in master data management implementations.



## BACKGROUND OF THE INVENTION

### Technical Problem

Modern enterprises operate with complex multi-system landscapes comprising enterprise resource planning (ERP) systems such as SAP and Oracle EBS, customer relationship management (CRM) systems such as Salesforce, supply chain management systems, financial systems, and numerous custom applications. Each system maintains its own master data repositories with varying data models, naming conventions, quality standards, and update frequencies. This fragmentation results in data silos where the same real-world entity (customer, vendor, product, account) is represented differently across systems, leading to operational inefficiencies, compliance risks, inaccurate analytics, and poor decision-making.

### Challenges with Traditional Master Data Management

Traditional MDM approaches face several critical challenges that limit their effectiveness and scalability:

### 1. Manual Schema Mapping Burden:

Each source system uses different column names and data structures. Mapping 'CustomerName' from System A, 'Client_Name' from System B, and 'CUST_NM' from System C to a unified schema requires extensive manual analysis by subject matter experts. This process typically takes weeks or months for each new system integration and is error-prone due to ambiguous or incomplete documentation.

### 2. Limited Entity Resolution Capabilities:

Existing MDM systems rely primarily on deterministic matching rules (exact matches) or simplistic probabilistic matching (edit distance, phonetic matching). These approaches fail to identify duplicates when entities are represented differently across systems - for example, 'IBM Corp', 'International Business Machines', and 'I.B.M.' would not be recognized as the same entity. Furthermore, traditional systems lack semantic understanding of data relationships and context.

### 3. Relational Database Limitations:

Traditional MDM implementations use relational databases that struggle with complex hierarchical relationships, many-to-many relationships, and traversal queries required for entity clustering. Representing product hierarchies, customer organizational structures, or account consolidations in relational schemas leads to complex join operations that don't scale well and make it difficult to maintain complete data lineage and audit trails.

### 4. Data Availability for Testing:

Obtaining sufficient production data for proof-of-concept and testing is challenging due to privacy regulations (GDPR, CCPA), data sensitivity, and security policies. Organizations often cannot share real customer or financial data outside production environments, limiting the ability to validate MDM solutions before full implementation.

### 5. Time-Consuming Gap Analysis:

Manual fit/gap analysis between source systems and target data models requires extensive effort to identify data quality issues, missing fields, inconsistent formatting, and incomplete records. This analysis is typically performed through spreadsheet-

based comparisons that lack standardization and are difficult to maintain as systems evolve.

## SUMMARY OF THE INVENTION

The present invention addresses the above-identified challenges by providing an innovative master data harmonization system that integrates artificial intelligence, knowledge graph technology, semantic embeddings, and synthetic data generation into a unified platform for enterprise master data management.

### Core Innovation Overview

In accordance with one aspect of the invention, a computer-implemented method for master data harmonization comprises: (1) receiving CSV data files from multiple heterogeneous source systems, each with disparate schemas; (2) automatically analyzing column headers and sample data using a large language model (GPT-4) to generate intelligent mappings to a unified standard schema; (3) consolidating mapped data from all sources while tracking data lineage; (4) ingesting harmonized data into a Neo4j knowledge graph database with entity nodes, attribute nodes, and typed relationships; (5) generating semantic embeddings for entity descriptions using OpenAI embeddings API; (6) performing hybrid similarity matching that combines vector similarity search with positional-weighted string matching; (7) clustering similar entities through graph traversal algorithms; (8) creating golden record nodes that consolidate the best values from all source entities using intelligent selection rules; and (9) providing interactive graph visualization and comprehensive data quality assessment reports.

### System Overview - Fit/Gap Analysis and Design POC

Figure 1 illustrates the complete system architecture showing the two primary modules: Sample Data & Synthetic Augmentation (left) and Fit/Gap Analysis (right). The system processes sample client data, augments it with AI-generated synthetic data, establishes golden records through data harmonization, and performs comprehensive fit/gap analysis to identify data quality issues across source systems.

**How It Works**

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| **Upload Data** | **AI Schema Mapping** | **Graph Ingestion** | **Harmonization** | **Quality Assessment** |
| Upload CSV files from multiple source systems for each master data domain. | GPT-4 automatically maps disparate column names to unified schema. | Data is loaded into Neo4j knowledge graph with entities and relationships. | AI finds similar entities and creates golden records through intelligent merging. | Generate data readiness reports and visualize harmonization results. |

*Figure 1: Master Data Fit/Gap Analysis & Design POC System Overview*

**Key Technical Innovations**

**AI-Powered Intelligent Schema Mapping:**

The system employs GPT-4 large language model through LangChain framework to automatically analyze column headers and sample data from disparate source systems. The AI model performs semantic analysis to understand the meaning and context of each column, comparing it against a predefined unified schema for each master data domain (Customer, Vendor, Product, Finance, Inventory). For example, when analyzing a column named 'CUST_FULL_NM' with values like 'John Smith' and 'Jane Doe', GPT-4 recognizes this as customer full name data and maps it to the standard 'Customer_Name' field. The system handles ambiguous cases by examining data patterns, formats, and statistical distributions. This eliminates months of manual mapping effort and enables dynamic adaptation to new source systems.

**Knowledge Graph Architecture with Neo4j:**

Unlike traditional relational databases that use tables and foreign keys, the invention leverages Neo4j graph database to model master data as nodes and relationships. Each entity (Customer, Vendor, Product) is represented as an entity node. Individual attribute values are stored as separate attribute nodes (e.g., a node for email 'john@company.com', a node for phone '555-1234'). Typed relationships (HAS_Customer_Name, HAS_Customer_Email, HAS_Customer_Phone) connect entities to their attributes. This graph structure provides several advantages: (a) Natural representation of hierarchies and complex relationships, (b) Efficient traversal for clustering similar entities, (c) Complete data lineage tracking through relationship properties, (d) Flexible schema that adapts to new attributes without database migrations, and (e) Support for millions of entities with complex interconnections.

**Hybrid Semantic-String Similarity Matching:**

The invention employs a novel dual-mode similarity algorithm that combines the strengths of semantic embeddings with traditional string matching. For each entity, the system generates a description by concatenating harmonization key values (e.g., 'Customer_Name:Acme Corp | Customer_Tax_ID:12-3456789 | Customer_Email:contact@acme.com'). These descriptions are converted to 1536-dimensional vectors using OpenAI embeddings API. During matching, the system first performs vector similarity search using cosine distance to identify candidate matches (k=200 nearest neighbors). For each candidate pair, it calculates a weighted similarity score across all harmonization keys, applying positional weighting where earlier keys (like Company Name) have higher influence than later keys (like ZIP code). When embeddings are available for a key, it uses semantic similarity; otherwise, it falls back to normalized string matching using SequenceMatcher. This hybrid approach achieves high accuracy even with typos, abbreviations, and formatting variations while maintaining computational efficiency.

**Graph-Based Entity Clustering:**

After establishing SIMILAR_TO relationships between matching entities, the system uses graph traversal algorithms to identify clusters of interconnected entities. Each cluster represents a single real-world entity that exists across multiple source systems. For example, if Customer A from System 1 is similar to Customer B from System 2, and Customer B is similar to Customer C from System 3, all three form a

cluster. The graph database efficiently handles complex scenarios with transitive relationships and ensures no entity belongs to multiple clusters.

**Intelligent Golden Record Creation:**

For each cluster, the system creates a GoldenRecordNode that consolidates information from all constituent entities. The value selection algorithm operates attribute-by-attribute: (1) If a preferred source system is configured, use that source's value; (2) Otherwise, select the longest trimmed non-null value, as longer values typically indicate more complete information; (3) If timestamps are available, prefer more recent values; (4) Track the source system and confidence score for each selected value. The golden record maintains REPRESENTS relationships to all source entities, preserving complete audit trails and enabling drill-down analysis.

**Comprehensive Multi-Domain Support:**

The system provides pre-configured support for five critical master data domains with extensive attribute coverage: Customer Master Data (46 attributes including demographics, contact info, billing/shipping addresses, payment terms, GDPR compliance), Vendor Master Data (43 attributes including banking details, certifications, quality ratings), Finance Chart of Accounts (47 attributes including GL codes, hierarchies, tax mapping, GAAP/IFRS compliance), Finished Goods/Products (47 attributes including SKUs, dimensions, pricing, lifecycle status), and Raw Materials/Inventory (46 attributes including specifications, safety stock, hazmat indicators). Each domain has customizable harmonization keys and matching rules appropriate for that data type.

**Synthetic Data Augmentation:**

When real production data is unavailable due to privacy or security constraints, the system can generate realistic synthetic data that preserves statistical properties and relationships from limited sample data. The synthetic generation employs machine learning techniques to create customer records, product catalogs, and financial data that maintains domain constraints, hierarchical relationships, and realistic distributions. This enables comprehensive proof-of-concept testing without exposing sensitive production information.



**Key Benefits**

**Reduced Data Redundancy**
Eliminate duplicate records across multiple source systems, creating a single source of truth for each entity.

**Improved Data Quality**
Identify and resolve data quality issues through comprehensive assessment and intelligent value selection.

**Faster Integration**
AI-powered schema mapping reduces manual effort in integrating data from new systems.

**Better Decision Making**
Access to consolidated, high-quality master data enables more accurate analytics and reporting.

**Regulatory Compliance**
Maintain audit trails and data lineage through knowledge graph relationships.

**Scalable Architecture**
Graph database scales to handle millions of entities and complex relationships efficiently.

# DETAILED DESCRIPTION OF THE INVENTION

## 1. System Architecture

The Master Data Harmonization System implements a modern layered architecture that separates presentation, business logic, and data persistence concerns. Figure 2 illustrates the five-layer architecture with clear separation of responsibilities.



Figure 2: System Architecture - Layered Design

**Presentation Layer:**

Implemented using Streamlit Python web framework (data_harmonization_view.py), providing an intuitive user interface for: file upload operations supporting CSV formats; domain selection (Customer, Vendor, Product, Finance, Inventory); harmonization configuration including key selection and threshold adjustment; execution controls for pipeline processing; interactive graph visualization using PyVis library; and data quality dashboards with drill-down capabilities.

**Controller Layer:**

Orchestrates business operations through data_harmonization_controller.py module: manages LangChain integration with OpenAI GPT-4 API for schema mapping; coordinates data transformation workflows; handles file parsing and validation; manages user session state; and coordinates between service layer components.

**Service Layer:**

Implements core harmonization pipeline (data_harmonization_pipeline.py): executes nine-phase harmonization workflow; implements hybrid similarity matching algorithm with configurable thresholds; performs graph clustering using connected component analysis; creates and manages golden record nodes; calculates data quality metrics and match percentages; and generates comprehensive assessment reports.

**Data Access Layer:**

Provides abstraction over Neo4j through data_harmonization_model_neo4j.py: implements Cypher query generation and execution; manages Neo4j driver

connections and sessions; handles vector similarity search using Neo4j vector indexes; performs batch operations for performance optimization; implements transaction management for ACID compliance; and manages node/relationship CRUD operations.

**Data Persistence Layer:**

Combines Neo4j 5.x graph database for master data storage with SQLite for configuration management. Neo4j stores entity nodes, attribute nodes, relationships, embeddings in vector indexes, and maintains graph structures supporting millions of entities. SQLite manages user preferences, domain configurations, harmonization rules, and system metadata.

## 2. Complete Data Flow - Nine-Phase Harmonization Pipeline

The harmonization process follows a systematic nine-phase pipeline that transforms disparate source data into unified golden records. Figure 3 illustrates the complete flow from data input through final output.



*Figure 3: Complete Data Flow - Harmonization Pipeline*

### Phase 1: AI-Powered Schema Mapping

When users upload CSV files from different source systems (System A: SAP, System B: Oracle, System C: Salesforce, etc.), each system uses different naming conventions. The system constructs a prompt for GPT-4 that includes: (a) Sample data rows from the uploaded file, (b) List of all column headers, (c) The unified schema definition for the selected domain, (d) Instructions to analyze semantic meaning and data patterns. GPT-4 returns a JSON mapping structure indicating

which source columns correspond to which standard fields. For ambiguous cases, GPT-4 indicates confidence levels. The system validates mappings by checking data types, formats, and value distributions. Approved mappings are stored in SQLite for reuse with subsequent uploads from the same system.

**Phase 2: Data Consolidation**

After schema mapping, the system uses pandas DataFrame operations to merge all source datasets into a unified structure. It adds metadata columns including 'source_system' (identifies originating system), 'source_record_id' (original primary key), 'ingestion_timestamp' (when record was loaded), and 'data_quality_score' (preliminary quality assessment). The consolidated DataFrame applies the unified column names while preserving all original values. This intermediate representation serves as input to the graph ingestion phase.

**Phase 3: Graph Ingestion with Entity-Attribute Pattern**

The system ingests consolidated data into Neo4j using a sophisticated three-level structure. For each record, it creates: (1) An entity node with label corresponding to the domain (Customer_Node, Vendor_Node, Product_Node, etc.) and properties including entity_id (UUID), source_system, source_record_id, created_timestamp, and user_id; (2) Individual attribute nodes for each non-null property value, with labels like Customer_Name_Node, Customer_Email_Node, etc., and properties including value (the actual data), attribute_type, and value_hash for deduplication; (3) Typed relationships connecting entities to attributes, with relationship types following the pattern HAS_{AttributeName} (e.g., HAS_Customer_Name, HAS_Customer_Email). This pattern enables: attribute value reuse across entities (e.g., multiple customers sharing the same city), flexible querying by attribute values, efficient updates without modifying entity nodes, and complete tracking of which entities have which attributes.

**Phase 4: Generate Entity Descriptions for Embedding**

To enable semantic similarity search, the system generates textual descriptions for each entity by concatenating harmonization key values. Harmonization keys are the critical fields used for matching (e.g., for Customers: Name, Tax ID, Email, Phone; for Products: SKU, Name, Manufacturer). The system executes a Cypher query to retrieve all harmonization key values for each entity and formats them as: 'Key1:Value1 | Key2:Value2 | Key3:Value3'. For example, a customer description might be: 'Customer_Name:Acme Corporation | Customer_Tax_ID:12-3456789 | Customer_Email:info@acme.com | Customer_Phone:555-0100'. These descriptions are stored as the 'description' property on entity nodes.

**Phase 5: Generate Semantic Embeddings**

The entity descriptions are vectorized using OpenAI Embeddings API (text-embedding-3-small model by default, with fallback to text-embedding-ada-002 for compatibility). The API converts text strings into 1536-dimensional vectors that capture semantic meaning. For example, 'ABC Corporation' and 'ABC Corp' would have very similar embeddings despite different text. The system batches embedding requests (100 descriptions per API call) for efficiency. Generated embeddings are stored in Neo4j using LangChain's Neo4jVector integration, which creates: a vector index with HNSW (Hierarchical Navigable Small World) algorithm for efficient approximate nearest neighbor search, dimension configuration of 1536, cosine

similarity as the distance metric, and index name following pattern {domain}_embeddings.

### Phase 6: Hybrid Similarity Matching with Positional Weighting

This phase implements the core innovation of hybrid semantic-string matching. For each entity E1, the system: (1) Performs vector similarity search using the Neo4j vector index to find k=200 nearest neighbors by cosine distance; (2) For each candidate E2 in the results, checks if E1 and E2 are from different source systems (same-system entities cannot be duplicates); (3) Calculates similarity across all harmonization keys using the algorithm described in detail in Figure 4. The positional weighting formula applies decreasing weights to later keys: weight = max(1.0 - (position × 0.1), 0.1), where position is zero-indexed. Thus, the first key (position 0) has weight 1.0, the second (position 1) has weight 0.9, the third has weight 0.8, etc., with a minimum weight of 0.1. For each key, the system attempts semantic similarity using embeddings if available; otherwise, it uses normalized string similarity with Python's SequenceMatcher. The final similarity score is the weighted average across all keys. If the score meets the threshold (default 0.75, configurable), the system creates a SIMILAR_TO relationship between E1 and E2 with properties including similarity_score, match_method (semantic/string/hybrid), and matched_keys (list of which keys contributed to the match).



*Figure 4: Hybrid Similarity Matching Algorithm*

### Phase 7: Cluster Similar Entities via Graph Traversal

After establishing SIMILAR_TO relationships, the system identifies clusters using a graph traversal algorithm implemented in Cypher. The query uses pattern matching to find connected components: starting from each unprocessed entity, it traverses all SIMILAR_TO relationships (treating them as undirected), collecting all reachable entities into a cluster, assigning a unique cluster_id to all entities in the cluster, and marking them as processed. This handles transitive relationships correctly - if A is similar to B, and B is similar to C, all three join the same cluster even if A and C are not directly linked. The algorithm ensures each entity belongs to exactly one cluster.

**Phase 8: Create Golden Record Nodes**

For each cluster identified in Phase 7, the system creates a GoldenRecordNode that represents the authoritative master record. The creation process: (1) Generates a unique golden_record_id (UUID); (2) Creates a node with label {Domain}_GoldenRecord (e.g., Customer_GoldenRecord); (3) Sets properties including cluster_id, record_count (number of source entities), created_timestamp, and confidence_score (average of all SIMILAR_TO scores in the cluster); (4) Creates REPRESENTS relationships from the golden record to each constituent entity node, with properties source_system and contribution_score (indicating how much this source contributed to the golden record). This structure maintains complete traceability - users can always drill down from a golden record to see which source systems and records contributed to it.

**Phase 9: Value Harmonization and Intelligent Selection**

The final phase populates golden record attributes by selecting the best value for each field from all constituent entities. The selection algorithm operates attribute-by-attribute: (1) Collect all non-null values for this attribute from all entities in the cluster; (2) If a preferred source system is configured for this domain (e.g., 'SAP is authoritative for Customer data'), select the value from that source; (3) Otherwise, apply heuristic rules: select the longest trimmed value (longer values typically indicate more complete information, e.g., 'International Business Machines Corporation' preferred over 'IBM'), if multiple values have the same length, prefer the value from the source with the highest overall data quality score, if timestamps are available, prefer more recent values; (4) Create attribute nodes for selected values and establish HAS_* relationships from the golden record; (5) Store metadata including selected_source (which system provided this value), selection_reason (why this value was chosen), alternative_values (other values that were available but not selected), and confidence_level (how confident the system is in this selection). This approach ensures golden records contain the most accurate and complete information available across all source systems while maintaining full transparency about the selection process.

## 3. Knowledge Graph Structure

Figure 5 illustrates the knowledge graph structure showing how entities, attributes, and relationships are modeled in Neo4j.



Figure 5: Knowledge Graph Structure

The graph structure demonstrates: Entity nodes (blue) representing customers, vendors, or products; Attribute nodes (green) storing individual property values; HAS_* relationships (dashed green arrows) connecting entities to their attributes; SIMILAR_TO relationships (orange bidirectional arrows) indicating matched entities across systems with similarity scores; REPRESENTS relationships (purple dotted arrows) linking golden records to constituent source entities; and Golden Record nodes (gold) serving as authoritative master records. This structure enables efficient traversal queries such as 'Find all source systems contributing to this golden record', 'Show me entities similar to this customer', and 'Trace data lineage for this attribute value'.

## 4. Supported Master Data Domains

The system provides comprehensive pre-configured support for five critical master data domains, each with extensive attribute coverage optimized for enterprise use cases:

**Customer Master Data (46 Attributes):**

Core identification fields: Customer ID, Customer Number, Customer Name, Customer Name 2 (alternate name), Tax ID/VAT Number, DUNS Number. Contact information: Primary Email, Secondary Email, Primary Phone, Mobile Phone, Fax Number, Website URL. Address details: Street Address 1, Street Address 2, City, State/Province, Postal Code, Country Code, Billing Address, Shipping Address. Business attributes: Account Status (Active/Inactive), Customer Type (B2B/B2C), Customer Classification, Industry Code, Company Size, Annual Revenue. Financial terms: Payment Terms, Credit Limit, Currency Code, Price List, Discount Group. Relationship data: Parent Customer ID, Account Manager, Sales Territory, Account Created Date, Last Modified Date. Compliance: GDPR Consent Flag, Marketing Opt-

In, Data Retention Policy. Additional: Preferred Language, Time Zone, Customer Since Date, Loyalty Program ID, Customer Segment, Preferred Communication Channel.

**Vendor Master Data (43 Attributes):**

Identification: Vendor ID, Vendor Number, Vendor Name, Legal Name, Tax ID, DUNS Number. Contact: Primary Contact Name, Email, Phone, Website. Address: Street, City, State, Postal Code, Country. Banking: Bank Name, Bank Account Number, IBAN, SWIFT/BIC Code, Payment Method. Financial: Payment Terms, Currency, Credit Rating, Annual Spend. Procurement: Vendor Category, Procurement Type (Goods/Services), Preferred Vendor Flag, Lead Time Days. Compliance: ISO Certification, Quality Rating, Insurance Expiration, Audit Status. Contracts: Contract Number, Contract Start Date, Contract End Date, Auto-Renewal Flag. Performance: On-Time Delivery Rate, Defect Rate, Response Time. Additional: Parent Vendor, Buyer/Purchaser, Created Date, Status (Active/Blocked), Vendor Tier (Strategic/Preferred/Approved).

**Finance Chart of Accounts (47 Attributes):**

Account structure: GL Account Number, Account Description, Short Text, Long Text, Account Type (Asset/Liability/Revenue/Expense/Equity). Hierarchy: Level 1 (Division), Level 2 (Department), Level 3 (Section), Parent Account, Account Group. Financial reporting: Balance Sheet Indicator, P&L Statement Line, Cash Flow Category, Retained Earnings Account Flag. Control: Cost Center, Profit Center, Business Area, Company Code, Controlling Area. Tax: Tax Code, Tax Category, VAT Reporting, Tax Jurisdiction. Currency: Currency Code, Exchange Rate Type, Foreign Currency Account Flag. Rules: Debit/Credit Indicator, Posting Block, Reconciliation Account Flag, Statistical Account Flag. Compliance: GAAP Account, IFRS Account, SOX Control Account. Consolidation: Consolidation Account, Elimination Flag, Intercompany Flag. Additional: Account Created Date, Status (Active/Inactive), Budget Tracking Flag, Authorization Group, Field Status Group.

**Finished Goods / Products (47 Attributes):**

Identification: Product ID, SKU, UPC Code, EAN Code, GTIN, Manufacturer Part Number. Description: Product Name, Short Description, Long Description, Brand, Model Number. Classification: Product Category, Subcategory, Product Family, Product Line, Product Type. Physical: Length, Width, Height, Weight, Volume, Unit of Measure. Packaging: Package Type, Units per Package, Package Weight, Pallet Quantity. Pricing: List Price, Cost Price, Currency, Price Unit, Discount Group. Inventory: Stock Keeping Type, Warehouse Location, Bin Location, Safety Stock Level, Reorder Point, Lead Time Days. Lifecycle: Product Status (Active/Discontinued/Obsolete), Launch Date, Phase-Out Date, Replacement Product. Manufacturing: Bill of Materials ID, Production Type (Make/Buy), Assembly Required, Manufacturing Lead Time. Compliance: Hazardous Material Flag, Regulatory Approvals, Country of Origin, HS Code (Harmonized System Tariff Code), Export Control Classification. Additional: Supplier, Buyer, Planner Code, ABC Classification, Lot Control Flag, Serial Number Control Flag.

**Raw Materials / Inventory (46 Attributes):**

Identification: Material ID, Material Number, Material Description, External Material Number, Old Material Number. Specification: Material Type, Base Unit of Measure, Alternative UOM, Material Group, Product Hierarchy. Procurement: Procurement

Type (Make/Buy/Both), Preferred Vendor, Purchasing Group, Purchase Order Unit, Minimum Order Quantity. Planning: MRP Type, MRP Controller, Reorder Point, Safety Stock, Maximum Stock Level, Lot Size, Rounding Value. Costing: Standard Cost, Moving Average Price, Price Control, Price Unit, Currency, Valuation Class. Quality: Quality Inspection Required, Inspection Type, Certificate Type, Shelf Life Days, Remaining Shelf Life. Storage: Storage Location, Warehouse Number, Storage Type, Storage Section, Storage Bin, Temperature Controlled Flag. Safety: Hazardous Material Indicator, Safety Data Sheet Number, UN Number, Transportation Group, Handling Unit Type. Manufacturing: Bill of Materials Usage, Production Scheduler, Production Unit, Scrap Percentage. Additional: Material Status, Valid From Date, Plant, Batch Management Flag, Serial Number Profile, Created By, Created Date, Last Modified Date.

## 5. Data Quality Assessment and Fit/Gap Analysis

After golden record creation, the system performs comprehensive data quality assessment by comparing each source system against the golden records. The assessment calculates: (1) Match percentage per attribute: For each field, what percentage of source system values match the golden record value (considering semantic equivalence, not just exact matches); (2) Overall system quality score: Weighted average of attribute match percentages, with critical fields (harmonization keys) weighted higher; (3) Completeness score: Percentage of required fields that have non-null values; (4) Consistency score: How consistent values are within the source system (e.g., same customer name format across records). Results are displayed in color-coded dashboard: Green (≥90% match) indicates high quality data requiring minimal remediation, Yellow (70-89% match) indicates moderate quality requiring attention, Red (<70% match) indicates poor quality requiring significant effort. The system provides drill-down capabilities showing specific records and fields that contribute to quality issues, with recommendations for remediation.

## 6. Interactive Visualization

The system provides interactive graph visualization using PyVis library integrated with Streamlit. Users can visualize: Entity nodes colored by source system (e.g., blue for SAP, red for Oracle, green for Salesforce); Golden record nodes displayed in gold with larger size; SIMILAR_TO relationships shown with thickness proportional to similarity score; REPRESENTS relationships shown as dotted lines; Attribute nodes shown in pale colors, connected to entities. The interactive features include: Pan and zoom navigation; Click on nodes to see detailed properties; Filter by similarity threshold; Filter by source system; Highlight paths between selected nodes; Export visualization as HTML or PNG; Toggle between force-directed and hierarchical layouts. This visualization helps users understand entity relationships, verify matching accuracy, and identify data quality patterns.

## 7. Technology Stack and Implementation Details

**Core Technologies:**

Python 3.12+ for all backend processing; Streamlit web framework for user interface; Neo4j 5.x graph database for data storage; SQLite for configuration management; Pandas for data manipulation; NumPy for numerical operations; Scikit-learn for machine learning utilities.

**AI/ML Integration:**

LangChain framework for AI workflow orchestration; OpenAI API with GPT-4o-mini model for schema mapping; OpenAI Embeddings API (text-embedding-3-small) for vectorization; Neo4j vector indexes with HNSW algorithm for similarity search; Python SequenceMatcher for string similarity fallback.

**Visualization:**

PyVis for interactive network visualization; Matplotlib for static charts and quality dashboards; Plotly for interactive data quality reports.

### 8. Use Cases and Applications

**Post-Merger Integration:**

When companies merge, they need to consolidate customer, vendor, and product data from acquired companies. The system automatically identifies duplicate entities across both companies' systems, creates unified golden records, and generates migration plans showing which records need to be merged or retained.

**ERP Migration:**

When migrating from legacy ERP systems (e.g., Oracle EBS to SAP S/4HANA), organizations need to harmonize master data. The system maps data from the old system, cleans and deduplicates it, and produces clean datasets ready for loading into the new system with complete transformation documentation.

**Data Quality Initiative:**

Organizations can load production data from multiple systems to identify duplicate and inconsistent records. The fit/gap analysis shows exactly which systems have data quality issues and what percentage of records need remediation, enabling prioritized cleanup efforts.

**Multi-System Landscape:**

Enterprises with complex system landscapes (SAP for ERP, Salesforce for CRM, Oracle for Finance, custom systems for operations) can create golden records that serve as the authoritative source of truth, with the knowledge graph maintaining links back to all source systems for ongoing synchronization.

**Regulatory Reporting:**

Financial and compliance reports require consistent entity references. The system ensures that customer names, vendor identifiers, and account numbers are consistent across all reports by using golden records as the canonical reference.

**Customer 360 View:**

Consolidate customer data from sales, service, marketing, and finance systems to create comprehensive customer profiles. The knowledge graph structure enables queries like 'Show me all touchpoints with this customer' and 'Find customers with similar purchasing patterns'.

## CLAIMS

*Note: Provisional patent applications do not require claims. The claims will be fully developed for the non-provisional application based on the detailed technical disclosure provided in this document.*

**ABSTRACT**

A master data harmonization system leverages artificial intelligence and knowledge graph technology to consolidate and harmonize master data from multiple heterogeneous source systems. The system employs GPT-4 for automatic schema mapping, Neo4j graph database for entity-attribute-relationship storage, OpenAI embeddings for semantic vectorization, and a novel hybrid similarity algorithm combining semantic and string-based matching with positional weighting. The system performs graph-based entity clustering, creates authoritative golden records using intelligent value selection, and provides comprehensive data quality assessment. Supporting five master data domains (Customer, Vendor, Finance, Products, Inventory) with 43-47 attributes each, the system includes interactive visualization and optional synthetic data generation for proof-of-concept activities when production data is unavailable due to privacy or security constraints.

## LIST OF DRAWINGS

**Figure 1:** Master Data Fit/Gap Analysis & Design POC System Overview - Illustrates the two primary modules (Sample Data & Synthetic Augmentation, and Fit/Gap Analysis) showing how sample client data is augmented with AI-generated synthetic data, processed to establish golden records, and analyzed for data quality assessment across source systems.

**Figure 2:** System Architecture - Layered Design - Shows the five-layer architecture including Presentation Layer (Streamlit), Controller Layer (Business Logic), Service Layer (Harmonization Pipeline), Data Access Layer (Neo4j Model), and Data Persistence Layer (Neo4j + SQLite), with AI Services integration.

**Figure 3:** Complete Data Flow - Harmonization Pipeline - Depicts the nine-phase workflow from initial data input through AI schema mapping, consolidation, graph ingestion, description generation, embedding creation, similarity matching, entity clustering, golden record creation, and value harmonization to final output.

**Figure 4:** Hybrid Similarity Matching Algorithm - Flowchart illustrating the algorithm that combines vector search, positional weighting, semantic embeddings, string similarity fallback, and threshold-based decision making to identify duplicate entities across source systems.

**Figure 5:** Knowledge Graph Structure - Demonstrates the entity-attribute-relationship pattern showing how Customer Nodes connect to attribute nodes (Name, Email, Phone, Address) via HAS_* relationships, how SIMILAR_TO relationships link matched entities, and how Golden Record nodes connect to source entities via REPRESENTS relationships.

*All figures are embedded within the document at appropriate locations in the detailed description section.*