**KHWAJA LEGAL SERVICES, PLLC**
708 Main Street, Floor 10
Houston, Texas 77002
Tel: (646) 226-2185
omer.khwaja@khwajalaw.org

April 16, 2026

Via ECF
The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:    *Rehman v. EY US, et al.*, No. 1:26-cv-01812-MMG — Request to Adjourn Initial Pretrial Conference**

Dear Judge Garnett:

Plaintiff Musaddiq Rehman respectfully submits this letter regarding the deadlines set by the Court's March 11, 2026 Order (Dkt. 4), including the initial pretrial conference scheduled for April 28, 2026, and the joint letter due to the Court on April 21, 2026. Plaintiff filed an Amended Complaint on April 7, 2026 (Dkt. 5) and provided waiver of service forms to counsel for Ernst & Young U.S. LLP and the individual clients on April 15, 2026. Plaintiff has not yet completed service for Defendants Ernst & Young Global Limited or EY Global Delivery Services.

Because service has not yet been completed as to all defendants and waivers of service remaining outstanding, the parties are unable to confer on the topics relevant to the initial pretrial conference in advance of April 28. Accordingly, Plaintiff respectfully requests that the Court adjourn the initial pretrial conference by 60 days to permit completion of service and to allow the parties to confer in advance of the rescheduled conference. Counsel for Ernst & Young U.S. LLP and the individual defendants have represented that they agree to this request.

/s/ Omer Waqas Khwaja
Omer Waqas Khwaja
New York Bar # 5538509
Khwaja Legal Services, PLLC
708 Main Street, Floor 10
Houston, Texas 77002
(646) 226-2185
omer.khwaja@khwajalaw.org
Counsel for Plaintiff Musaddiq Rehman

cc:    Abigail B. Molitor, Esq. (via email)
       David A. Gordon, Esq. (via email)