USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: July 31, 2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUSADDIQ REHMAN,

Plaintiff,

-against-

ERNST & YOUNG U.S. LLP, et al.,

Defendants.

26-CV-01812 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

Plaintiff filed this lawsuit on March 5, 2026, against his former employer and certain of its employees. On April 17, 2026, Plaintiff filed a First Amended Complaint. Dkt. No. 5. On June 10, 2026, the Court adopted the parties' jointly proposed briefing schedule on Defendants' anticipated motions. Dkt. No. 26. Consistent with that schedule, Defendants moved to compel arbitration and to dismiss on July 9, 2026. Dkt. Nos. 28 & 31. Plaintiff then filed a Second Amended Complaint on July 30, 2026. Dkt. No. 33.

The Court's Individual Rule II(B)(6) permits a party to amend his or her complaint in response to a motion to dismiss.[1] Consistent with that rule, and because Plaintiff filed a Second Amended Complaint in response to the motions, Defendants' motions to dismiss and compel arbitration (Dkt. Nos. 28 & 31) are DENIED AS MOOT.

Defendants are hereby ORDERED to answer the Second Amended Complaint, file new or supplemental motions, or submit a letter stating they rely on their previously filed motions by **August 21, 2026**. If Defendants file new motions or submit letters stating they rely on their previously filed motions, Plaintiff's deadline to file a consolidated opposition is **September 18, 2026**. Any replies in support of a motion shall be due by **October 9, 2026**.

The Clerk of Court is respectfully directed to terminate Dkt. Nos. 28 and 31 as MOOT.

Dated: July 31, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge

[1] The Rule provides a party fourteen (14) days to amend its complaint in response to a motion to dismiss because fourteen (14) days is the standard amount of time to oppose a motion to dismiss. Because the Court granted Plaintiff additional time to oppose (Dkt. No. 26), however, the fourteen-day time limit does not apply in this instance.