FOLEY HOAG LLP

155 Seaport Boulevard
Boston, MA 02210-1000

617.832.1000 main
617.832.7000 fax

Lisa C. Wood
FOLEY HOAG LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: 212.812.1117
lwood@foleyhoag.com

August 12, 2026

**Via ECF**

The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Rehman v. Ernst & Young U.S. LLP, et al.;* Case No. 1:26-cv-01812

Dear Judge Garnett:

We represent Defendant Ernst & Young Global Limited ("EY Global") in this matter. Pursuant to Your Honor's Individual Rules I(B)(1), we write to alert the Court that Plaintiff removed EY Global and EY Global Delivery Services Limited ("GDS") as defendants in the Second Amended Complaint ("SAC") and to respectfully request that the Court amend the August 7, 2026 docket entry setting responsive deadlines to remove the deadlines for EY Global and GDS and terminate both as defendants in this action.

Plaintiff initiated this action on March 5, 2026 and filed the First Amended Complaint ("FAC") on April 17, 2026 (Dkt. Nos. 1, 5), including EY Global and GDS[1] as defendants. On July 9, 2026, EY Global moved to dismiss the FAC (Dkt. Nos. 31-32). In response, Plaintiff filed the SAC (Dkt. Nos. 33, 36, 39)[2], which supersedes and renders the prior complaint of no legal effect. *See Neurological Surgery Prac. of Long Island, PLLC v. United States HHS*, 145 F.4th 212, 225 (2d Cir. 2025). In the SAC, Plaintiff states no claims against EY Global and GDS, effectively removing both as defendants in this action. *See id.* On August 7, 2026, the Court entered an order setting responsive deadlines for all defendants (Dkt. No. 37), with the accompanying docket entry reflecting deadlines for EY Global and GDS.

---

[1] While Plaintiff named GDS as a defendant in the original complaint and FAC, undersigned counsel informed Plaintiff that such entity does not exist (*see* Dkt. 22, n.1) and Plaintiff never effectuated service.

[2] Plaintiff's filing of the SAC on July 30, 2026 and subsequent attempts were deemed technically deficient. The SACs at docket numbers 33, 36, and 39 are identical in all material respects.

Accordingly, we respectfully request that the Court remove the deadlines for EY Global and GDS from the docket and terminate them as defendants in this action.

GRANTED. Because the Second Amended Complaint (Dkt. Nos. 33, 36, 39) no longer names as Defendants Ernst & Young Global Limited or Ernst & Young Global Delivery Services Limited, they are no longer parties in this case, and the Clerk of Court is respectfully directed to dismiss them as defendants in this lawsuit and terminate them from the docket.

SO ORDERED. Dated August 13, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

/s/ *Lisa C. Wood*

Lisa C. Wood
FOLEY HOAG LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: 212.812.1117
lwood@foleyhoag.com

Leah S. Rizkallah
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02210-2800
Tel: 617.832.3059
lrizkallah@foleyhoag.com

*Attorneys for Defendant Ernst & Young Global Limited*