**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| MUSADDIQ REHMAN, Plaintiff, | : | Case No. 1:26-cv-01812-MMG |
| v. | : | |
| ERNST & YOUNG U.S. LLP, ZAKIR HUSSAIN, TRACI GUSHER, SONIA SANDE, RACHELLE SHARRER, LINDA CASTANEDA, AND MARIA MOLINA MONROY, | : | Hon. Margaret M. Garnett |
| | : | **ORAL ARGUMENT REQUESTED** |
| Defendants. | : | |

**NOTICE OF ERNST & YOUNG U.S. LLP'S AND THE INDIVIDUAL DEFENDANTS' MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS**

PLEASE TAKE NOTICE that Defendant Ernst & Young U.S. LLP ("EY US"), as well as Defendants Zakir Hussain, Traci Gusher, Sonia Sande, Rachelle Sharrer, Linda Castaneda, and Maria Molina Monroy (collectively, the "Individual Defendants"), upon the accompanying Memorandum of Law in Support of Ernst & Young U.S. LLP's and the Individual Defendants' Motion to Compel Arbitration and Motion to Dismiss and the declaration and exhibits attached thereto, move this Court, before the Honorable Margaret M. Garnett, United States District Judge, Southern District of New York, at the Thurgood Marshall United States Courthouse located at 40 Foley Square, New York, NY 10007, at a date and time to be determined by this Court, for an order:

- Compelling arbitration of Counts I-VII and IX-XVII in the Second Amended Complaint (Dkt. 39) against EY US and the Individual Defendants, pursuant to 9 U.S.C. § 4. If the Court denies the Motion to Compel Arbitration, EY US and

the Individual Defendants request at least 30 days from the date of the ruling to file a responsive pleading with respect to Counts I-VII and IX-XVII;

- Dismissing with prejudice Count VIII in the Second Amended Complaint against EY US and the Individual Defendants, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. If the Court denies the Motion to Dismiss Count VIII, EY US and the Individual Defendants request that the Court stay Count VIII pending the outcome of arbitration of Plaintiff's other claims; and
- Granting all other relief that the Court deems just and proper.

Dated: August 28, 2026

*<u>/s/ David A. Gordon</u>*

David A. Gordon (*pro hac vice*)
Abigail B. Molitor (*pro hac vice*)
Harry Dodsworth (*pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Tel: (312) 853-7000
Fax: (312) 853-7036
dgordon@sidley.com
amolitor@sidley.com
hdodsworth@sidley.com

Eric G. Hoffman
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 839-5000
Fax: (212) 839-5599
eric.hoffman@sidley.com

*Attorneys for Defendants Ernst & Young U.S. LLP, Zakir Hussain, Traci Gusher, Sonia Sande, Rachelle Sharrer, Linda Castaneda, and Maria Molina Monroy*